## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | ) Bk. No. 22-10066-CTG |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| DEBORAH EVANS MOTT, STEVEN M. ACOSTA, CHRISTOPHER MOTT, JOHN S. MACIOROWSKI, ADDY ROAD, LLC and TEAM SYSTEMS INTERNATIONAL SOUTHEAST, LLC, | ) ) ) ) ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) Civil Action No. 26-727-GBW |
| | ) BK. BAP No. 26-41 |
| GEORGE L. MILLER, soley in his capacity As the Chapter 7 Trustee of Team Systems International, LLC, | ) ) ) |
| | ) |
| Appellee. | ) |
| | ) |

## ORDER

At Wilmington, Delaware, this **27th day of July 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS counsel for appellants failed to respond to the Court's oral order of July 1, 2026;

WHEREAS based upon the arguments presented by counsel for the appellee, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation.  The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

2