IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>TEAM SYSTEMS INTERNATIONAL, LLC,<br><br>　　　　Debtor.<br>_____ | )<br>)<br>)<br>)<br>)<br>) | Chapter 7<br><br>Case No. 22-10066 (CTG) |
| DEBORAH EVANS MOTT, STEVEN M.<br>ACOSTA, CHRISTOPHER MOTT, JOHN S.<br>MACIOROWSKI, ADDY ROAD, LLC, and<br>TEAM SYSTEMS INTERNATIONAL<br>SOUTHEAST, LLC,<br><br>　　　　Appellants,<br>　　v.<br><br>GEORGE L. MILLER, solely in his capacity as<br>the Chapter 7 Trustee of Team Systems<br>International, LLC,<br><br>　　　　Appellee.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 26-727 (GBW) |

## ORDER

Upon consideration of the Recommendation (D.I. 3), dated July 27, 2026, IT IS HEREBY

ORDERED that:

1.　　The Recommendation is ADOPTED, and the appeal is hereby withdrawn from the

mediation process.

2.　　The following schedule shall govern briefing on the merits of the appeal:

Appellants' opening brief shall be due on September 30, 2026.

Appellee's answering brief shall be due on October 28, 2026.

Appellants' reply brief shall be due on November 25, 2026.

July 28, 2026
Wilmington, Delaware

_____
HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE